

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00348-CV

**ANDERSON-JENKINS SIGNATURE HOMES, LTD.** and
Anderson-Jenkins Signature Homes GP, LLC,
Appellants

v.

Benjamin Randolph **ALLEN**, III and Kelley P. Allen,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-148
Honorable Bill R. Palmer, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order denying appellants' motion to compel arbitration is REVERSED. We RENDER an order granting appellants' motion to compel. We ORDER that appellants are awarded the costs they incurred related to this appeal. We further ORDER that this court's June 1, 2018 stay of the trial court proceedings is lifted.

SIGNED December 5, 2018.

_____
Luz Elena D. Chapa, Justice